CLOSED

# U.S. District Court
# California Northern District (Oakland)
# CRIMINAL DOCKET FOR CASE #: 4:21−mj−70904−MAG All Defendants

| | |
|---|---|
| Case title: USA v. Wells | Date Filed: 05/26/2021 |
| Other court case number: 4:21−CR−126−SDJ−KPL Eastern District of Texas (Sherman Division) | Date Terminated: 06/02/2021 |

Assigned to: Magistrate Judge

**Defendant (1)**

| | |
|---|---|
| **Andre Martell Wells**<br>*TERMINATED: 06/02/2021* | represented by **Angela Milella Hansen**<br>Federal Public Defender's Office<br>1301 Clay Street<br>Suite 1350N<br>Oakland, CA 94612<br>510−637−3500<br>Fax: 510−637−3507<br>Email: Angela_Hansen@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

**Pending Counts**                            **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                         **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                **Disposition**

21:846: Conspiracy to Possess with the Intent to Distribute Marijuana

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Jonathan Unruh Lee**<br>United States Attorneys Office<br>Northern District of California<br>1301 Clay Street<br>Oakland, CA 94612−5217<br>510−637−3703<br>Fax: 510−637−3724<br>Email: jonathan.lee@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/26/2021 | 1 | Notice of Proceedings on Out–of–District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Andre Martell Wells (1). (jlmS, COURT STAFF) (Filed on 5/26/2021) (Entered: 05/27/2021) |
| 05/27/2021 | 2 | AMENDED Notice of Proceedings on Out–of–District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Andre Martell Wells. (jlmS, COURT STAFF) (Filed on 5/27/2021) (Entered: 05/27/2021) |
| 05/27/2021 | 3 | Minute Entry for proceedings held before Magistrate Judge Kandis A. Westmore: Initial Appearance as to Andre Martell Wells held on 5/27/2021.<br><br>The Court directs entry of the following Order: Pursuant to the Due Process Protection Act, the Court advised government counsel of the government's disclosure obligations under *Brady v. Maryland* and its progeny, and that the failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances.<br><br>ID of Counsel Hearing as to Andre Martell Wells held on 5/27/2021. CJA23 Submitted as to Andre Martell Wells. Added attorney Chinhayi Coleman Cadet for USA. Angela Milella Hansen for Andre Martell Wells. Arraignment held on 5/27/2021. NOT GUILTY PLEA entered.<br><br>Bond Hearing as to Andre Martell Wells held on 5/27/2021. Defendant consents to proceed by video. Government's oral motion to unseal matter as to Andre Wells is granted. Defendant shall appear on or before 6/17/21 in the Eastern District of Texas. Defendant's father–in–law admonished of his rights and responsibilities as surety. Defendant and surety authorize Court to sign bond on their behalf. DPPA advised. Defendant waives identity/removal. Defendant Ordered RELEASED on the issuance of a $50,000.00 Appearance Bond. (Zoom: 2:50–3:18). (jlmS, COURT STAFF) (Filed on 5/27/2021) (Entered: 05/28/2021) |
| 05/27/2021 | 4 | **ORDER Setting Conditions of Release. Appearance Bond Entered as to Andre Martell Wells in amount of $50,000.00. Signed by Magistrate Judge Kandis A. Westmore on 05/27/21. (jlmS, COURT STAFF) (Filed on 5/27/2021) (Entered: 05/28/2021)** |
| 05/27/2021 | 5 | CJA 23 Financial Affidavit by Andre Martell Wells (jlmS, COURT STAFF) (Filed on 5/27/2021) (Entered: 05/28/2021) |
| 06/01/2021 | 6 | **ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL to the Eastern District of Texas as to Andre Martell Wells. Signed by Magistrate Judge Kandis A. Westmore on 05/28/21. (jlmS, COURT STAFF) (Filed on 6/1/2021) (Entered: 06/01/2021)** |
| 06/02/2021 | 7 | CLERK'S LETTER re Transmission of Rule 5 Documents to the Eastern District of Texas (Sherman Division) as to Andre Martell Wells (jlmS, COURT STAFF) (Filed on 6/2/2021) (Entered: 06/02/2021) |
| 06/02/2021 | 8 | NOTICE OF CRIMINAL CASE TRANSFER.<br><br>Case transfer from California Northern to Eastern District of Texas of a Rule 5, Rule 32, or Rule 40 Appearance as to Andre Martell Wells. Your case number is: 4:21–CR–126–SDJ–KPL. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov<br>*If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.*<br>(jlmS, COURT STAFF) (Filed on 6/2/2021) (Entered: 06/02/2021) |

| | |
|---|---|
| 1  STEPHANIE M. HINDS (CABN 154284)<br>   Acting United States Attorney<br>2<br>   HALLIE HOFFMAN (CABN 210020)<br>3  Chief, Criminal Division<br>4  JONATHAN U. LEE (CABN 148792)<br>   Assistant United States Attorney<br>5<br>       1301 Clay Street, Suite 340S<br>6      Oakland, California 94612<br>       Telephone: (510) 637-3680<br>7      FAX: (510) 637-3724<br>       Jonathan.Lee@usdoj.gov<br>8<br>9  Attorneys for the United States of America | **FILED**<br>May 26 2021<br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDRE MARTELL WELLS,<br><br>    Defendant. | CASE NO. 4:21-mj-70904-MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on May 26, 2021, the above-named defendant was arrested pursuant to the federal arrest warrant (copy attached) issued upon an

- ■ Indictment
- ☐ Information
- ☐ Criminal Complaint
- ☐ Other (describe) _____

pending in the Eastern District of Texas, Case Number 4:21-CR-126-SDJ-KPL.

In that case (copy of indictment attached), the defendant is charged with Conspiracy to Possess with the Intent to Distribute Marijuana, in violation of 21 U.S.C. § 846.

RULE 5                                                                                                                                    v. 7/10/2018

1     The maximum penalties are:

2     As to Count One:

3     If 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana

4 – not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both;

5 supervised release of at least five years; a $100 special assessment, and forfeiture.

7 Date: May 26, 2021

8                               Respectfully submitted,

9                               STEPHANIE M. HINDS
                                Acting United States Attorney

12                              *Jonathan U. Lee*

                              JONATHAN U. LEE
                              Assistant United States Attorney

|   |   |   |
|---|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney | |
| 2 | | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division | **FILED** |
| 4 | JONATHAN U. LEE (CABN 148792)<br>Assistant United States Attorney | May 27 2021 |
| 5 | | SUSAN Y. SOONG |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 | CLERK, U.S. DISTRICT COURT |
| 7 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724 | NORTHERN DISTRICT OF CALIFORNIA |
| 8 | Jonathan.Lee@usdoj.gov | OAKLAND |

9  Attorneys for the United States of America

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, ) | CASE NO. 4:21-MJ-70904-MAG |
| 14 | Plaintiff, ) | **AMENDED NOTICE OF PROCEEDINGS ON** |
| 15 | v. ) | **OUT-OF-DISTRICT CRIMINAL CHARGES**<br>**PURSUANT TO RULES 5(c)(2) AND (3) OF THE** |
| 16 | ANDRE MARTELL WELLS, ) | **FEDERAL RULES OF CRIMINAL**<br>**PROCEDURE** |
| 17 | Defendant. ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on May 26, 2021, the above-named defendant was arrested pursuant to the federal arrest warrant (copy attached) issued upon an

- ■ Indictment
- ☐ Information
- ☐ Criminal Complaint
- ☐ Other (describe) _____

pending in the Eastern District of Texas, Case Number 4:21-CR-126-SDJ-KPJ.

In that case (copy of indictment attached), the defendant is charged with Conspiracy to Possess

**AMENDED** RULE 5                                                                                    v. 7/10/2018

with the Intent to Distribute Marijuana, in violation of 21 U.S.C. § 846.

The maximum penalties are:

As to Count One:

If 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana – not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years; a $100 special assessment, and forfeiture.

Date: May 27, 2021

                              Respectfully submitted,

                              STEPHANIE M. HINDS
                              Acting United States Attorney

                              *Jonathan U. Lee*

                              JONATHAN U. LEE
                              Assistant United States Attorney

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 28 | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Stephen Ybarra | REPORTER/FTR 2:50 - 3:18 | |
| MAGISTRATE JUDGE Kandis A. Westmore | DATE May 27, 2021 | NEW CASE ☐ | CASE NUMBER 4:21-mj-70904-MAG |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT Andre Wells | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Angela Hansen | PD. ☒ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Chinhayi Cadet | INTERPRETER n/a | | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Jessica Portillo | | ☒ DEF ELIGIBLE FOR APPT'D COUNSEL | PARTIAL PAYMENT OF CJA FEES ☐ | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☒ INITIAL APPEAR Rule 5 (4 mins) | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS / ☐ STATUS TRIAL SET | |
| ☒ I.D. COUNSEL 1 | ☒ ARRAIGNMENT 3 | ☒ BOND HEARING 20 | ☐ IA REV PROB. or or S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☒ TRUE NAME: Andre Martell Wells |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ 50,000.00 | SPECIAL NOTES | ☒ PASSPORT SURRENDERED DATE:5/28/21 |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED   ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ **STATUS** |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Defendant consents to proceed by video.  AUSA orally moves to unseal the matter as to Andre Wells - Granted.  Defendant admits identity.  Defendant shall appear on or before 6/17/21 in the Eastern Dist of Tx.  Defendant's father-in-law admonished of his rights and responsibilities as surety.  Defendant and surety authorize Court to sign bond on their behalf.  DPPA advised. Defendant waives identity/removal.

DOCUMENT NUMBER:

AO 467 (Rev. 01/09; CAND version 05/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 4:21-mj-70904-MAG   Document 6   Filed 06/01/21   Page 1 of 1

```
                                                    FILED

                                                    Jun 01 2021

              UNITED STATES DISTRICT COURT          SUSAN Y. SOONG
                                                    CLERK, U.S. DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA       NORTHERN DISTRICT OF CALIFORNIA
                                                    OAKLAND
```

| | |
|---|---|
| United States of America<br><br>v.<br><br>ANDRE MARTELL WELLS,<br><br>Defendants. | Case No. 21-mj-70904-MAG-1  (AGT)<br><br>Charging District:  Eastern District of Texas<br><br>Charging District's Case No.:  4:21-CR-126-SDJ-KPJ |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The date, time, and place to appear in that court are as follows:

| Place: | Before Judge Johnson. |
|---|---|
| U.S. Federal Courthouse<br><br>7940 Preston Road<br><br>Plano, Texas 75024 | Date and Time: June 24, 2021 at 9:30 AM. |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: May 28, 2021

*[signature: Kandis Westmore]*

Kandis A. Westmore
United States District Judge

*Transfer_No-Custody_CR_AO 467_CSA*
*rev. 3-19*